# EXHIBIT C

| US8676668B2 | Instacart ("The accused product") |
|---|---|
| 1. A method for mapping population activity, the method comprising: | The accused product practices a method of mapping population activity (e.g. searching for shoppers).  https://www.instacart.com/ |

## Common questions

### How does Instacart delivery and curbside pickup work?

Instacart makes it easy to order from your favorite stores. Shop for items from stores near you, with a selection of more than 500 retailers and trusted local grocers across North America. Then, Instacart will connect you with a personal shopper in your area to shop and deliver your order. Contactless delivery is available with our "Leave at my door" option.

https://www.instacart.com/

**Log information:** When you use the Instacart platform, our servers will record information that is sent by your device or browser. This information can include things related to your shopping services for Instacart (such as orders accepted, items found, and items replaced) as well as things like the IP address of your device, information about the browser, operating system and/or app you are using, unique device identifiers, pages that you navigate to and links that you click, searches that you run on Instacart, and other ways that you interact with the Instacart platform.

**Location information:** In connection with your use of the Instacart mobile app to provide shopping services, we will collect information about the location of your device when the app is running in the foreground or background.

**Community Affairs:** Instacart is active in local communities as part of our mission to create a world where everyone has access to the food they love and more time to enjoy it together. You may provide us your information in connection with our community affairs efforts.

https://shoppers.instacart.com/privacy-policy

| | |
|---|---|
| | ## What we share<br><br>Disclosure of information to third parties. We may share your information with third parties under certain circumstances:<br><br>• With your consent or at your direction — We may share your information with entities outside of Instacart when we have your consent to do so or it is done at your direction.<br>• With customers — We may provide some of your information to customers in connection with your shopping and/or delivering an order. For example, we may display your first name and last initial to customers to show them who is shopping and/or delivering their order. We may also display your location to the customer when their order is in the delivery process.<br>• With our retail partners — We may share your information with our retail partners in order to provide and maintain the<br>https://shoppers.instacart.com/privacy-policy |
| detecting wireless mobile devices within a geographic region at two or more different points in time; | The accused product practices detecting wireless mobile devices (e.g., the mobile devices used by shoppers) within a geographic region at two or more different points in time (e.g., the app will continuously track and update shopper locations over time).<br><br><br>## Common questions<br><br>### How does Instacart delivery and curbside pickup work?<br><br>Instacart makes it easy to order from your favorite stores. Shop for items from stores near you, with a selection of more than 500 retailers and trusted local grocers across North America. Then, Instacart will connect you with a personal shopper in your area to shop and deliver your order. Contactless delivery is available with our "Leave at my door" option.<br><br>https://www.instacart.com/ |

**Log information:** When you use the Instacart platform, our servers will record information that is sent by your device or browser. This information can include things related to your shopping services for Instacart (such as orders accepted, items found, and items replaced) as well as things like the IP address of your device, information about the browser, operating system and/or app you are using, unique device identifiers, pages that you navigate to and links that you click, searches that you run on Instacart, and other ways that you interact with the Instacart platform.

**Location information:** In connection with your use of the Instacart mobile app to provide shopping services, we will collect information about the location of your device when the app is running in the foreground or background.

**Community Affairs:** Instacart is active in local communities as part of our mission to create a world where everyone has access to the food they love and more time to enjoy it together. You may provide us your information in connection with our community affairs efforts.

https://shoppers.instacart.com/privacy-policy

## What we share

Disclosure of information to third parties. We may share your information with third parties under certain circumstances:

- With your consent or at your direction — We may share your information with entities outside of Instacart when we have your consent to do so or it is done at your direction.
- With customers — We may provide some of your information to customers in connection with your shopping and/or delivering an order. For example, we may display your first name and last initial to customers to show them who is shopping and/or delivering their order. We may also display your location to the customer when their order is in the delivery process.
- With our retail partners — We may share your information with our retail partners in order to provide and maintain the

https://shoppers.instacart.com/privacy-policy



## Tracking your delivery in progress

When it's time for delivery, you'll see a message in the Instacart app's order screen. (If you have notifications turned on, you'll get an alert as well.)

The delivery screen includes an estimated time of arrival and a map you can tap to follow the driver's progress.

Need to give your driver last-minute delivery instructions? Scroll to the bottom of the delivery screen and tap **Chat with shopper**. (For safety reasons, drivers might not reply while they're en route.)

https://www.instacart.com/help/section/360007902851/360039162832

Every ~10 seconds, we collect the timestamp, latitude and longitude, speed, direction and accuracy reported by the device. The latitude and longitude are shown here rounded to 4 digits, but are collected to 6 digits in production. The speed is measured in miles per hour (this fictional shopper might be walking to their car). The direction is in degrees, and is -1 when a shopper is at a halt. The accuracy is in meters, and indicates the expected error of the measurement from the real position.

Over the course of a single day, we collect 10s of millions of these updates across the country.

https://tech.instacart.com/space-time-and-groceries-a315925acf3a



https://i.redd.it/qr8cbblrh9921.jpg

**2** **Watch out for Instacart Shopper hot spots.** Instacart designates areas of high shopper demand with red rectangular areas. There's also pink for areas of moderate demand, while greyish-white indicates normal (or weak) demand.

- Hot spots may either signify that there are orders at particular stores while in other Instacart regions hot spots signify much higher demand at one store than others.
- If the schedule is filled with two Shoppers, the first Shopper to have signed up for

https://www.wikihow.com/Use-Instacart%27s-Shopper-App

| discerning a | The accused product practices discerning a location, speed and direction of the wireless mobile devices |
| --- | --- |

| | |
|---|---|
| location, speed and direction of the wireless mobile devices within the geographic region to discern a particular location toward which the wireless mobile devices are moving; | (e.g., the app will determine the location, speed and direction of various shoppers so that said information can be displayed on the user's device and so that delivery times can be estimated) within the geographic region to discern a particular location toward which the wireless mobile devices are moving.<br><br>As shown below, the accused product based on speed, location and direction has calculated a possible time required to reach a particular delivery location. The parameters calculated are also based on the direction in which the wireless mobile devices (e.g., shoppers with wireless mobile device) are headed.<br><br> Common questions <br>How does Instacart delivery and curbside pickup work?<br><br>Instacart makes it easy to order from your favorite stores. Shop for items from stores near you, with a selection of more than 500 retailers and trusted local grocers across North America. Then, Instacart will connect you with a personal shopper in your area to shop and deliver your order. Contactless delivery is available with our "Leave at my door" option.<br><br>https://www.instacart.com/ |



## Tracking your delivery in progress

When it's time for delivery, you'll see a message in the Instacart app's order screen. (If you have notifications turned on, you'll get an alert as well.)

The delivery screen includes an estimated time of arrival and a map you can tap to follow the driver's progress.

Need to give your driver last-minute delivery instructions? Scroll to the bottom of the delivery screen and tap **Chat with shopper**. (For safety reasons, drivers might not reply while they're en route.)

https://www.instacart.com/help/section/360007902851/360039162832



https://play.google.com/store/apps/details?id=com.instacart.shopper&hl=en_IN&gl=US

# The Data

In order to optimize the assignment and routing of our shoppers, and to communicate effectively with our consumers, we collect a stream of GPS location data.

For example, these are what ten updates might look like for a fictional shopper:

| shopper_id | measured_at | latitude | longitude | speed | direction | accuracy |
|---|---|---|---|---|---|---|
| 124567 | 2017-05-01 13:35:59 | 37.7749 | -122.4194 | 0.00 | -1.00 | 10.0 |
| 124567 | 2017-05-01 13:36:09 | 37.7749 | -122.4194 | 0.44 | 72.07 | 10.0 |
| 124567 | 2017-05-01 13:36:19 | 37.7749 | -122.4193 | 1.09 | 241.17 | 17.8 |
| 124567 | 2017-05-01 13:36:29 | 37.7749 | -122.4193 | 1.37 | 36.91 | 30.0 |
| 124567 | 2017-05-01 13:36:34 | 37.7750 | -122.4194 | 0.43 | 18.98 | 10.0 |
| 124567 | 2017-05-01 13:36:49 | 37.7749 | -122.4192 | 0.23 | 40.08 | 10.0 |
| 124567 | 2017-05-01 13:36:59 | 37.7750 | -122.4192 | 0.22 | 215.86 | 10.0 |
| 124567 | 2017-05-01 13:37:09 | 37.7750 | -122.4193 | 0.00 | 285.47 | 10.0 |
| 124567 | 2017-05-01 13:37:19 | 37.7750 | -122.4193 | 0.54 | 108.28 | 10.0 |
| 124567 | 2017-05-01 13:37:29 | 37.7750 | -122.4193 | 0.23 | 336.45 | 10.0 |

https://tech.instacart.com/space-time-and-groceries-a315925acf3a

Every ~10 seconds, we collect the timestamp, latitude and longitude, speed, direction and accuracy reported by the device. The latitude and longitude are shown here rounded to 4 digits, but are collected to 6 digits in production. The speed is measured in miles per hour (this fictional shopper might be walking to their car). The direction is in degrees, and is -1 when a shopper is at a halt. The accuracy is in meters, and indicates the expected error of the measurement from the real position.

Over the course of a single day, we collect 10s of millions of these updates across the country.

https://tech.instacart.com/space-time-and-groceries-a315925acf3a

**Log information:** When you use the Instacart platform, our servers will record information that is sent by your device or browser. This information can include things related to your shopping services for Instacart (such as orders accepted, items found, and items replaced) as well as things like the IP address of your device, information about the browser, operating system and/or app you are using, unique device identifiers, pages that you navigate to and links that you click, searches that you run on Instacart, and other ways that you interact with the Instacart platform.

**Location information:** In connection with your use of the Instacart mobile app to provide shopping services, we will collect information about the location of your device when the app is running in the foreground or background.

**Community Affairs:** Instacart is active in local communities as part of our mission to create a world where everyone has access to the food they love and more time to enjoy it together. You may provide us your information in connection with our community affairs efforts.

https://shoppers.instacart.com/privacy-policy

## What we share

Disclosure of information to third parties. We may share your information with third parties under certain circumstances:

- With your consent or at your direction — We may share your information with entities outside of Instacart when we have your consent to do so or it is done at your direction.
- With customers — We may provide some of your information to customers in connection with your shopping and/or delivering an order. For example, we may display your first name and last initial to customers to show them who is shopping and/or delivering their order. We may also display your location to the customer when their order is in the delivery process.
- With our retail partners — We may share your information with our retail partners in order to provide and maintain the

https://shoppers.instacart.com/privacy-policy



A geographical region

https://i.redd.it/qr8cbblrh9921.jpg

| determining, based upon the location, speed, direction and the particular location toward which the wireless mobile devices are moving: | The accused product utilizes the location, speed, direction and the particular location toward which the wireless mobile devices are moving (e.g., shoppers with their mobile devices). <br><br> As shown below, the accused product based on speed, location and direction has calculated a possible time required to reach a particular delivery location. The parameters calculated are also based on the direction in which the wireless mobile devices (e.g., shoppers with wireless mobile device) are headed. <br><br> ## Common questions <br><br> ### How does Instacart delivery and curbside pickup work? <br><br> Instacart makes it easy to order from your favorite stores. Shop for items from stores near you, with a selection of more than 500 retailers and trusted local grocers across North America. Then, Instacart will connect you with a personal shopper in your area to shop and deliver your order. Contactless delivery is available with our "Leave at my door" option. <br><br> https://www.instacart.com/ |



https://www.instacart.com/help/section/360007902851/360039162832



https://play.google.com/store/apps/details?id=com.instacart.shopper&hl=en_IN&gl=US

## The Data

In order to optimize the assignment and routing of our shoppers, and to communicate effectively with our consumers, we collect a stream of GPS location data.

For example, these are what ten updates might look like for a fictional shopper:

| shopper_id | measured_at | latitude | longitude | speed | direction | accuracy |
|---|---|---|---|---|---|---|
| 124567 | 2017-05-01 13:35:59 | 37.7749 | -122.4194 | 0.00 | -1.00 | 10.0 |
| 124567 | 2017-05-01 13:36:09 | 37.7749 | -122.4194 | 0.44 | 72.07 | 10.0 |
| 124567 | 2017-05-01 13:36:19 | 37.7749 | -122.4193 | 1.09 | 241.17 | 17.8 |
| 124567 | 2017-05-01 13:36:29 | 37.7749 | -122.4193 | 1.37 | 36.91 | 30.0 |
| 124567 | 2017-05-01 13:36:34 | 37.7750 | -122.4194 | 0.43 | 18.98 | 10.0 |
| 124567 | 2017-05-01 13:36:49 | 37.7749 | -122.4192 | 0.23 | 40.08 | 10.0 |
| 124567 | 2017-05-01 13:36:59 | 37.7750 | -122.4192 | 0.22 | 215.86 | 10.0 |
| 124567 | 2017-05-01 13:37:09 | 37.7750 | -122.4193 | 0.00 | 285.47 | 10.0 |
| 124567 | 2017-05-01 13:37:19 | 37.7750 | -122.4193 | 0.54 | 108.28 | 10.0 |
| 124567 | 2017-05-01 13:37:29 | 37.7750 | -122.4193 | 0.23 | 336.45 | 10.0 |

https://tech.instacart.com/space-time-and-groceries-a315925acf3a

Every ~10 seconds, we collect the timestamp, latitude and longitude, speed, direction and accuracy reported by the device. The latitude and longitude are shown here rounded to 4 digits, but are collected to 6 digits in production. The speed is measured in miles per hour (this fictional shopper might be walking to their car). The direction is in degrees, and is -1 when a shopper is at a halt. The accuracy is in meters, and indicates the expected error of the measurement from the real position.

Over the course of a single day, we collect 10s of millions of these updates across the country.

https://tech.instacart.com/space-time-and-groceries-a315925acf3a

**Log information:** When you use the Instacart platform, our servers will record information that is sent by your device or browser. This information can include things related to your shopping services for Instacart (such as orders accepted, items found, and items replaced) as well as things like the IP address of your device, information about the browser, operating system and/or app you are using, unique device identifiers, pages that you navigate to and links that you click, searches that you run on Instacart, and other ways that you interact with the Instacart platform.

**Location information:** In connection with your use of the Instacart mobile app to provide shopping services, we will collect information about the location of your device when the app is running in the foreground or background.

**Community Affairs:** Instacart is active in local communities as part of our mission to create a world where everyone has access to the food they love and more time to enjoy it together. You may provide us your information in connection with our community affairs efforts.

https://shoppers.instacart.com/privacy-policy

## What we share

Disclosure of information to third parties. We may share your information with third parties under certain circumstances:

- With your consent or at your direction — We may share your information with entities outside of Instacart when we have your consent to do so or it is done at your direction.
- With customers — We may provide some of your information to customers in connection with your shopping and/or delivering an order. For example, we may display your first name and last initial to customers to show them who is shopping and/or delivering their order. We may also display your location to the customer when their order is in the delivery process.
- With our retail partners — We may share your information with our retail partners in order to provide and maintain the

https://shoppers.instacart.com/privacy-policy



A geographical region

https://i.redd.it/qr8cbblrh9921.jpg

| | |
|---|---|
| a time at which goods or services are to be made available; | The accused product utilizes the location, speed, direction and the particular location toward which the wireless mobile devices are moving (e.g., shoppers with their mobile devices) to determine a time (e.g., an estimated time of arrival (ETA)) at which goods or services (e.g., a delivery) are to be made available. <br><br> Common questions <br><br> How does Instacart delivery and curbside pickup work? <br><br> Instacart makes it easy to order from your favorite stores. Shop for items from stores near you, with a selection of more than 500 retailers and trusted local grocers across North America. Then, Instacart will connect you with a personal shopper in your area to shop and deliver your order. Contactless delivery is available with our "Leave at my door" option. <br><br> https://www.instacart.com/ |



https://www.instacart.com/help/section/360007902851/360039162832

# The Data

In order to optimize the assignment and routing of our shoppers, and to communicate effectively with our consumers, we collect a stream of GPS location data.

For example, these are what ten updates might look like for a fictional shopper:

| shopper_id | measured_at | latitude | longitude | speed | direction | accuracy |
|---|---|---|---|---|---|---|
| 124567 | 2017-05-01 13:35:59 | 37.7749 | -122.4194 | 0.00 | -1.00 | 10.0 |
| 124567 | 2017-05-01 13:36:09 | 37.7749 | -122.4194 | 0.44 | 72.07 | 10.0 |
| 124567 | 2017-05-01 13:36:19 | 37.7749 | -122.4193 | 1.09 | 241.17 | 17.8 |
| 124567 | 2017-05-01 13:36:29 | 37.7749 | -122.4194 | 1.37 | 36.91 | 30.0 |
| 124567 | 2017-05-01 13:36:34 | 37.7750 | -122.4194 | 0.43 | 18.98 | 10.0 |
| 124567 | 2017-05-01 13:36:49 | 37.7749 | -122.4192 | 0.23 | 40.08 | 10.0 |
| 124567 | 2017-05-01 13:36:59 | 37.7750 | -122.4192 | 0.22 | 215.86 | 10.0 |
| 124567 | 2017-05-01 13:37:09 | 37.7750 | -122.4193 | 0.00 | 285.47 | 10.0 |
| 124567 | 2017-05-01 13:37:19 | 37.7750 | -122.4193 | 0.54 | 108.28 | 10.0 |
| 124567 | 2017-05-01 13:37:29 | 37.7750 | -122.4193 | 0.23 | 336.45 | 10.0 |

https://tech.instacart.com/space-time-and-groceries-a315925acf3a

Every ~10 seconds, we collect the timestamp, latitude and longitude, speed, direction and accuracy reported by the device. The latitude and longitude are shown here rounded to 4 digits, but are collected to 6 digits in production. The speed is measured in miles per hour (this fictional shopper might be walking to their car). The direction is in degrees, and is -1 when a shopper is at a halt. The accuracy is in meters, and indicates the expected error of the measurement from the real position.

Over the course of a single day, we collect 10s of millions of these updates across the country.

https://tech.instacart.com/space-time-and-groceries-a315925acf3a

**Log information:** When you use the Instacart platform, our servers will record information that is sent by your device or browser. This information can include things related to your shopping services for Instacart (such as orders accepted, items found, and items replaced) as well as things like the IP address of your device, information about the browser, operating system and/or app you are using, unique device identifiers, pages that you navigate to and links that you click, searches that you run on Instacart, and other ways that you interact with the Instacart platform.

**Location information:** In connection with your use of the Instacart mobile app to provide shopping services, we will collect information about the location of your device when the app is running in the foreground or background.

**Community Affairs:** Instacart is active in local communities as part of our mission to create a world where everyone has access to the food they love and more time to enjoy it together. You may provide us your information in connection with our community affairs efforts.

https://shoppers.instacart.com/privacy-policy

## What we share

Disclosure of information to third parties. We may share your information with third parties under certain circumstances:

- With your consent or at your direction — We may share your information with entities outside of Instacart when we have your consent to do so or it is done at your direction.
- With customers — We may provide some of your information to customers in connection with your shopping and/or delivering an order. For example, we may display your first name and last initial to customers to show them who is shopping and/or delivering their order. We may also display your location to the customer when their order is in the delivery process.
- With our retail partners — We may share your information with our retail partners in order to provide and maintain the

https://shoppers.instacart.com/privacy-policy



A geographical region

https://i.redd.it/qr8cbblrh9921.jpg

| | |
|---|---|
| a location at which the goods or services are to be made available; and | The accused product utilizes the location, speed, direction and the particular location toward which the wireless mobile devices are moving (e.g., shoppers with their mobile devices) to determine a location at which the goods or services (e.g., delivery as a service) are to be made available (e.g., a delivery location and time of delivery).<br><br> Common questions <br>## How does Instacart delivery and curbside pickup work?<br>Instacart makes it easy to order from your favorite stores. Shop for items from stores near you, with a selection of more than 500 retailers and trusted local grocers across North America. Then, Instacart will connect you with a personal shopper in your area to shop and deliver your order. Contactless delivery is available with our "Leave at my door" option.<br><br>https://www.instacart.com/ |



**Help Center**

## Tracking your delivery in progress

When it's time for delivery, you'll see a message in the Instacart app's order screen. (If you have notifications turned on, you'll get an alert as well.)

The delivery screen includes an estimated time of arrival and a map you can tap to follow the driver's progress.

Need to give your driver last-minute delivery instructions? Scroll to the bottom of the delivery screen and tap **Chat with shopper**. (For safety reasons, drivers might not reply while they're en route.)

https://www.instacart.com/help/section/360007902851/360039162832



https://play.google.com/store/apps/details?id=com.instacart.shopper&hl=en_IN&gl=US

# The Data

In order to optimize the assignment and routing of our shoppers, and to communicate effectively with our consumers, we collect a stream of GPS location data.

For example, these are what ten updates might look like for a fictional shopper:

| shopper_id | measured_at | latitude | longitude | speed | direction | accuracy |
|---|---|---|---|---|---|---|
| 124567 | 2017-05-01 13:35:59 | 37.7749 | -122.4194 | 0.00 | -1.00 | 10.0 |
| 124567 | 2017-05-01 13:36:09 | 37.7749 | -122.4194 | 0.44 | 72.07 | 10.0 |
| 124567 | 2017-05-01 13:36:19 | 37.7749 | -122.4193 | 1.09 | 241.17 | 17.8 |
| 124567 | 2017-05-01 13:36:29 | 37.7749 | -122.4193 | 1.37 | 36.91 | 30.0 |
| 124567 | 2017-05-01 13:36:34 | 37.7750 | -122.4194 | 0.43 | 18.98 | 10.0 |
| 124567 | 2017-05-01 13:36:49 | 37.7749 | -122.4192 | 0.23 | 40.08 | 10.0 |
| 124567 | 2017-05-01 13:36:59 | 37.7750 | -122.4192 | 0.22 | 215.86 | 10.0 |
| 124567 | 2017-05-01 13:37:09 | 37.7750 | -122.4193 | 0.00 | 285.47 | 10.0 |
| 124567 | 2017-05-01 13:37:19 | 37.7750 | -122.4193 | 0.54 | 108.28 | 10.0 |
| 124567 | 2017-05-01 13:37:29 | 37.7750 | -122.4193 | 0.23 | 336.45 | 10.0 |

https://tech.instacart.com/space-time-and-groceries-a315925acf3a

| | |
|---|---|
| | Every ~ 10 seconds, we collect the timestamp, latitude and longitude, speed, direction and accuracy reported by the device. The latitude and longitude are shown here rounded to 4 digits, but are collected to 6 digits in production. The speed is measured in miles per hour (this fictional shopper might be walking to their car). The direction is in degrees, and is -1 when a shopper is at a halt. The accuracy is in meters, and indicates the expected error of the measurement from the real position.<br><br>Over the course of a single day, we collect 10s of millions of these updates across the country.<br><br>https://tech.instacart.com/space-time-and-groceries-a315925acf3a<br><br>**Log information:** When you use the Instacart platform, our servers will record information that is sent by your device or browser. This information can include things related to your shopping services for Instacart (such as orders accepted, items found, and items replaced) as well as things like the IP address of your device, information about the browser, operating system and/or app you are using, unique device identifiers, pages that you navigate to and links that you click, searches that you run on Instacart, and other ways that you interact with the Instacart platform.<br><br>**Location information:** In connection with your use of the Instacart mobile app to provide shopping services, we will collect information about the location of your device when the app is running in the foreground or background.<br><br>**Community Affairs:** Instacart is active in local communities as part of our mission to create a world where everyone has access to the food they love and more time to enjoy it together. You may provide us your information in connection with our community affairs efforts.<br><br>https://shoppers.instacart.com/privacy-policy |
| a quantity of the goods or services to be made available, | The accused product utilizes the location, speed, direction, and the particular location toward which the wireless mobile devices are moving (e.g., shoppers with their mobile devices) to determine a quantity of the goods or services (e.g., delivery ride distance) to be made available, the determining being performed by one or more processors of a computer network (e.g., a smartphone). |

| the determining being performed by one or more processors of a computer network; and | <br><br>https://play.google.com/store/apps/details?id=com.instacart.shopper&hl=en_IN&gl=US |

# The Data

In order to optimize the assignment and routing of our shoppers, and to communicate effectively with our consumers, we collect a stream of GPS location data.

For example, these are what ten updates might look like for a fictional shopper:

| shopper_id | measured_at | latitude | longitude | speed | direction | accuracy |
|---|---|---|---|---|---|---|
| 124567 | 2017-05-01 13:35:59 | 37.7749 | -122.4194 | 0.00 | -1.00 | 10.0 |
| 124567 | 2017-05-01 13:36:09 | 37.7749 | -122.4194 | 0.44 | 72.07 | 10.0 |
| 124567 | 2017-05-01 13:36:19 | 37.7749 | -122.4193 | 1.09 | 241.17 | 17.8 |
| 124567 | 2017-05-01 13:36:29 | 37.7749 | -122.4194 | 1.37 | 36.91 | 30.0 |
| 124567 | 2017-05-01 13:36:34 | 37.7750 | -122.4194 | 0.43 | 18.98 | 10.0 |
| 124567 | 2017-05-01 13:36:49 | 37.7749 | -122.4192 | 0.23 | 40.08 | 10.0 |
| 124567 | 2017-05-01 13:36:59 | 37.7750 | -122.4192 | 0.22 | 215.86 | 10.0 |
| 124567 | 2017-05-01 13:37:09 | 37.7750 | -122.4193 | 0.00 | 285.47 | 10.0 |
| 124567 | 2017-05-01 13:37:19 | 37.7750 | -122.4193 | 0.54 | 108.28 | 10.0 |
| 124567 | 2017-05-01 13:37:29 | 37.7750 | -122.4193 | 0.23 | 336.45 | 10.0 |

https://tech.instacart.com/space-time-and-groceries-a315925acf3a

|  |  |
|---|---|
|  | Every ~10 seconds, we collect the timestamp, latitude and longitude, speed, direction and accuracy reported by the device. The latitude and longitude are shown here rounded to 4 digits, but are collected to 6 digits in production. The speed is measured in miles per hour (this fictional shopper might be walking to their car). The direction is in degrees, and is -1 when a shopper is at a halt. The accuracy is in meters, and indicates the expected error of the measurement from the real position.<br><br>Over the course of a single day, we collect 10s of millions of these updates across the country.<br><br>https://tech.instacart.com/space-time-and-groceries-a315925acf3a |
| presenting a result of the determining on a user interface of the computer network. | The accused product practices presenting a result of the determining (e.g. an estimated time of arrival, a delivery location and ride distance) on a user interface of the computer network (e.g. a smartphone). |



https://www.instacart.com/help/section/360007902851/360039162832



https://www.instacart.com/help/section/360007902851/360039162832



https://play.google.com/store/apps/details?id=com.instacart.shopper&hl=en_IN&gl=US