# EXHIBIT D

| US9852435B2 | Instacart ("The accused product") |
|---|---|
| 9. An apparatus effective to track potential purchasers, the apparatus comprising: | The accused product practices having an apparatus effective to track potential purchasers (e.g., drivers/shoppers/customers).<br><br><br><br>https://www.instacart.com/ |

## Common questions

### How does Instacart delivery and curbside pickup work?

—

Instacart makes it easy to order from your favorite stores. Shop for items from stores near you, with a selection of more than 500 retailers and trusted local grocers across North America. Then, Instacart will connect you with a personal shopper in your area to shop and deliver your order. Contactless delivery is available with our "Leave at my door" option.

https://www.instacart.com/

**Log information:** When you use the Instacart platform, our servers will record information that is sent by your device or browser. This information can include things related to your shopping services for Instacart (such as orders accepted, items found, and items replaced) as well as things like the IP address of your device, information about the browser, operating system and/or app you are using, unique device identifiers, pages that you navigate to and links that you click, searches that you run on Instacart, and other ways that you interact with the Instacart platform.

**Location information:** In connection with your use of the Instacart mobile app to provide shopping services, we will collect information about the location of your device when the app is running in the foreground or background.

**Community Affairs:** Instacart is active in local communities as part of our mission to create a world where everyone has access to the food they love and more time to enjoy it together. You may provide us your information in connection with our community affairs efforts.

https://shoppers.instacart.com/privacy-policy

| | |
|---|---|
| | ## What we share<br><br>Disclosure of information to third parties. We may share your information with third parties under certain circumstances:<br><br>- With your consent or at your direction — We may share your information with entities outside of Instacart when we have your consent to do so or it is done at your direction.<br>- With customers — We may provide some of your information to customers in connection with your shopping and/or delivering an order. For example, we may display your first name and last initial to customers to show them who is shopping and/or delivering their order. We may also display your location to the customer when their order is in the delivery process.<br>- With our retail partners — We may share your information with our retail partners in order to provide and maintain the<br><br>https://shoppers.instacart.com/privacy-policy |
| a memory configured to store instructions; and | The accused product makes use of a memory configured to store instruction (e.g., a smartphone with memory unit enabled with the accused product).<br><br><br><br>https://www.instacart.com/ |



https://play.google.com/store/apps/details?id=com.instacart.shopper&hl=en_IN&gl=US

## Common questions

### How does Instacart delivery and curbside pickup work?                                          —

Instacart makes it easy to order from your favorite stores. Shop for items from stores near you, with a selection of more than 500 retailers and trusted local grocers across North America. Then, Instacart will connect you with a personal shopper in your area to shop and deliver your order. Contactless delivery is available with our "Leave at my door" option.

https://www.instacart.com/

**Log information:** When you use the Instacart platform, our servers will record information that is sent by your device or browser. This information can include things related to your shopping services for Instacart (such as orders accepted, items found, and items replaced) as well as things like the IP address of your device, information about the browser, operating system and/or app you are using, unique device identifiers, pages that you navigate to and links that you click, searches that you run on Instacart, and other ways that you interact with the Instacart platform.

**Location information:** In connection with your use of the Instacart mobile app to provide shopping services, we will collect information about the location of your device when the app is running in the foreground or background.

**Community Affairs:** Instacart is active in local communities as part of our mission to create a world where everyone has access to the food they love and more time to enjoy it together. You may provide us your information in connection with our community affairs efforts.

https://shoppers.instacart.com/privacy-policy

|  | What we share |
|---|---|
|  | Disclosure of information to third parties. We may share your information with third parties under certain circumstances:<br><br>• With your consent or at your direction — We may share your information with entities outside of Instacart when we have your consent to do so or it is done at your direction.<br>• With customers — We may provide some of your information to customers in connection with your shopping and/or delivering an order. For example, we may display your first name and last initial to customers to show them who is shopping and/or delivering their order. We may also display your location to the customer when their order is in the delivery process.<br>• With our retail partners — We may share your information with our retail partners in order to provide and maintain the<br>https://shoppers.instacart.com/privacy-policy |
| a processor configured to be in communication with the memory, wherein the processor is configured to execute the instructions to: | The accused product makes use of a processor (e.g. a smartphone with a processor enabled with the accused product) configured to be in communication with the memory (e.g. a smartphone with a memory unit enabled with the accused product), wherein the processor is configured to execute the instructions (e.g. a smartphone with a processor enabled with the accused product). |



https://www.instacart.com/



https://play.google.com/store/apps/details?id=com.instacart.shopper&hl=en_IN&gl=US

## Common questions

### How does Instacart delivery and curbside pickup work?     –

Instacart makes it easy to order from your favorite stores. Shop for items from stores near you, with a selection of more than 500 retailers and trusted local grocers across North America. Then, Instacart will connect you with a personal shopper in your area to shop and deliver your order. Contactless delivery is available with our "Leave at my door" option.

https://www.instacart.com/

**Log information:** When you use the Instacart platform, our servers will record information that is sent by your device or browser. This information can include things related to your shopping services for Instacart (such as orders accepted, items found, and items replaced) as well as things like the IP address of your device, information about the browser, operating system and/or app you are using, unique device identifiers, pages that you navigate to and links that you click, searches that you run on Instacart, and other ways that you interact with the Instacart platform.

**Location information:** In connection with your use of the Instacart mobile app to provide shopping services, we will collect information about the location of your device when the app is running in the foreground or background.

**Community Affairs:** Instacart is active in local communities as part of our mission to create a world where everyone has access to the food they love and more time to enjoy it together. You may provide us your information in connection with our community affairs efforts.

https://shoppers.instacart.com/privacy-policy

| | |
|---|---|
| | ## What we share<br><br>Disclosure of information to third parties. We may share your information with third parties under certain circumstances:<br><br>• With your consent or at your direction — We may share your information with entities outside of Instacart when we have your consent to do so or it is done at your direction.<br>• With customers — We may provide some of your information to customers in connection with your shopping and/or delivering an order. For example, we may display your first name and last initial to customers to show them who is shopping and/or delivering their order. We may also display your location to the customer when their order is in the delivery process.<br>• With our retail partners — We may share your information with our retail partners in order to provide and maintain the<br>https://shoppers.instacart.com/privacy-policy |
| detect wireless mobile devices within a geographic region at two or more different points in time; | The accused product practices detecting wireless mobile devices (e.g., the mobile devices used by drivers/shoppers) within a geographic region at two or more different points in time (e.g., the app will continuously track and update driver/shopper locations over time).<br><br>Additionally, a user (e.g., a customer) can request or book another delivery order while a first order has been in delivering process. Thus, a user's mobile device starts detecting other driver/shoppers (e.g., via a driver's wireless mobile device enabled with the accused product) at different points of time.<br><br><br>## Common questions<br><br>### How does Instacart delivery and curbside pickup work?<br><br>Instacart makes it easy to order from your favorite stores. Shop for items from stores near you, with a selection of more than 500 retailers and trusted local grocers across North America. Then, Instacart will connect you with a personal shopper in your area to shop and deliver your order. Contactless delivery is available with our "Leave at my door" option.<br><br>https://www.instacart.com/ |

**Log information:** When you use the Instacart platform, our servers will record information that is sent by your device or browser. This information can include things related to your shopping services for Instacart (such as orders accepted, items found, and items replaced) as well as things like the IP address of your device, information about the browser, operating system and/or app you are using, unique device identifiers, pages that you navigate to and links that you click, searches that you run on Instacart, and other ways that you interact with the Instacart platform.

**Location information:** In connection with your use of the Instacart mobile app to provide shopping services, we will collect information about the location of your device when the app is running in the foreground or background.

**Community Affairs:** Instacart is active in local communities as part of our mission to create a world where everyone has access to the food they love and more time to enjoy it together. You may provide us your information in connection with our community affairs efforts.

https://shoppers.instacart.com/privacy-policy

## What we share

Disclosure of information to third parties. We may share your information with third parties under certain circumstances:

- With your consent or at your direction — We may share your information with entities outside of Instacart when we have your consent to do so or it is done at your direction.
- With customers — We may provide some of your information to customers in connection with your shopping and/or delivering an order. For example, we may display your first name and last initial to customers to show them who is shopping and/or delivering their order. We may also display your location to the customer when their order is in the delivery process.
- With our retail partners — We may share your information with our retail partners in order to provide and maintain the

https://shoppers.instacart.com/privacy-policy



https://www.instacart.com/help/section/360007902851/360039162832

Every ~ 10 seconds, we collect the timestamp, latitude and longitude, speed, direction and accuracy reported by the device. The latitude and longitude are shown here rounded to 4 digits, but are collected to 6 digits in production. The speed is measured in miles per hour (this fictional shopper might be walking to their car). The direction is in degrees, and is -1 when a shopper is at a halt. The accuracy is in meters, and indicates the expected error of the measurement from the real position.

Over the course of a single day, we collect 10s of millions of these updates across the country.

https://tech.instacart.com/space-time-and-groceries-a315925acf3a



A geographical region

https://i.redd.it/qr8cbblrh9921.jpg

**2** **Watch out for Instacart Shopper hot spots.** Instacart designates areas of high shopper demand with red rectangular areas. There's also pink for areas of moderate demand, while greyish-white indicates normal (or weak) demand.

- Hot spots may either signify that there are orders at particular stores while in other Instacart regions hot spots signify much higher demand at one store than others.
- If the schedule is filled with two Shoppers, the first Shopper to have signed up for

https://www.wikihow.com/Use-Instacart%27s-Shopper-App

| discern a current | The accused product practices discerning a location, speed and direction of the wireless mobile devices (e.g., |

| | |
|---|---|
| location, a current speed, and a current direction of travel for the wireless mobile devices within the geographic region based on the detection of the wireless mobile devices; | the app will determine the location, speed and direction of various drivers/shoppers so that said information can be displayed on the user's device and so that delivery times can be estimated) within the geographic region to discern a particular location toward which the wireless mobile devices are moving.<br><br>As shown below, the accused product based on speed, location and direction has calculated a possible time required to reach a particular delivery location. The parameters calculated are also based on the direction in which the wireless mobile devices (e.g., shoppers with wireless mobile device) are headed.<br><br>Common questions<br><br>How does Instacart delivery and curbside pickup work?<br><br>Instacart makes it easy to order from your favorite stores. Shop for items from stores near you, with a selection of more than 500 retailers and trusted local grocers across North America. Then, Instacart will connect you with a personal shopper in your area to shop and deliver your order. Contactless delivery is available with our "Leave at my door" option.<br><br>https://www.instacart.com/ |



https://www.instacart.com/help/section/360007902851/360039162832



https://play.google.com/store/apps/details?id=com.instacart.shopper&hl=en_IN&gl=US

## The Data

In order to optimize the assignment and routing of our shoppers, and to communicate effectively with our consumers, we collect a stream of GPS location data.

For example, these are what ten updates might look like for a fictional shopper:

| shopper_id | measured_at | latitude | longitude | speed | direction | accuracy |
|---|---|---|---|---|---|---|
| 124567 | 2017-05-01 13:35:59 | 37.7749 | -122.4194 | 0.00 | -1.00 | 10.0 |
| 124567 | 2017-05-01 13:36:09 | 37.7749 | -122.4194 | 0.44 | 72.07 | 10.0 |
| 124567 | 2017-05-01 13:36:19 | 37.7749 | -122.4193 | 1.09 | 241.17 | 17.8 |
| 124567 | 2017-05-01 13:36:29 | 37.7749 | -122.4194 | 1.37 | 36.91 | 30.0 |
| 124567 | 2017-05-01 13:36:34 | 37.7750 | -122.4194 | 0.43 | 18.98 | 10.0 |
| 124567 | 2017-05-01 13:36:49 | 37.7749 | -122.4192 | 0.23 | 40.08 | 10.0 |
| 124567 | 2017-05-01 13:36:59 | 37.7750 | -122.4192 | 0.22 | 215.86 | 10.0 |
| 124567 | 2017-05-01 13:37:09 | 37.7750 | -122.4193 | 0.00 | 285.47 | 10.0 |
| 124567 | 2017-05-01 13:37:19 | 37.7750 | -122.4193 | 0.54 | 108.28 | 10.0 |
| 124567 | 2017-05-01 13:37:29 | 37.7750 | -122.4193 | 0.23 | 336.45 | 10.0 |

https://tech.instacart.com/space-time-and-groceries-a315925acf3a

Every ~ 10 seconds, we collect the timestamp, latitude and longitude, speed, direction and accuracy reported by the device. The latitude and longitude are shown here rounded to 4 digits, but are collected to 6 digits in production. The speed is measured in miles per hour (this fictional shopper might be walking to their car). The direction is in degrees, and is -1 when a shopper is at a halt. The accuracy is in meters, and indicates the expected error of the measurement from the real position.

Over the course of a single day, we collect 10s of millions of these updates across the country.

https://tech.instacart.com/space-time-and-groceries-a315925acf3a

**Log information:** When you use the Instacart platform, our servers will record information that is sent by your device or browser. This information can include things related to your shopping services for Instacart (such as orders accepted, items found, and items replaced) as well as things like the IP address of your device, information about the browser, operating system and/or app you are using, unique device identifiers, pages that you navigate to and links that you click, searches that you run on Instacart, and other ways that you interact with the Instacart platform.

**Location information:** In connection with your use of the Instacart mobile app to provide shopping services, we will collect information about the location of your device when the app is running in the foreground or background.

**Community Affairs:** Instacart is active in local communities as part of our mission to create a world where everyone has access to the food they love and more time to enjoy it together. You may provide us your information in connection with our community affairs efforts.

https://shoppers.instacart.com/privacy-policy

## What we share

Disclosure of information to third parties. We may share your information with third parties under certain circumstances:

- With your consent or at your direction — We may share your information with entities outside of Instacart when we have your consent to do so or it is done at your direction.
- With customers — We may provide some of your information to customers in connection with your shopping and/or delivering an order. For example, we may display your first name and last initial to customers to show them who is shopping and/or delivering your order. We may also display your location to the customer when their order is in the delivery process.
- With our retail partners — We may share your information with our retail partners in order to provide and maintain the

https://shoppers.instacart.com/privacy-policy



https://i.redd.it/qr8cbblrh9921.jpg

| identify a set of the wireless mobile devices that are estimated to be within proximity of a particular location at a specified time or specified time period, based on the current location, the current speed, and the current direction of travel for the wireless mobile devices within the geographic region; | The accused product practices identifying a set of the wireless mobile devices (e.g., drivers/shoppers with wireless mobile device that are within the area of an order pickup place) that are estimated to be within proximity of a particular location (e.g., the order pickup place selected by the customer, the customer's delivery location, etc.) at a specified time or specified time period, based on the current location, the current speed, and the current direction of travel for the wireless mobile devices within the geographic region (e.g., based on a particular drivers current location, speed, and heading, an estimated delivery time at a particular location can be determined).<br><br>As shown below, the accused product based on speed, location and direction has calculated a possible time required to reach a particular delivery location. The parameters calculated are also based on the direction in which the wireless mobile devices (e.g., shoppers with wireless mobile device) are headed.<br><br>Common questions<br><br>How does Instacart delivery and curbside pickup work?<br><br>Instacart makes it easy to order from your favorite stores. Shop for items from stores near you, with a selection of more than 500 retailers and trusted local grocers across North America. Then, Instacart will connect you with a personal shopper in your area to shop and deliver your order. Contactless delivery is available with our "Leave at my door" option.<br><br>https://www.instacart.com/ |



https://www.instacart.com/help/section/360007902851/360039162832



https://play.google.com/store/apps/details?id=com.instacart.shopper&hl=en_IN&gl=US

## The Data

In order to optimize the assignment and routing of our shoppers, and to communicate effectively with our consumers, we collect a stream of GPS location data.

For example, these are what ten updates might look like for a fictional shopper:

| shopper_id | measured_at | latitude | longitude | speed | direction | accuracy |
|---|---|---|---|---|---|---|
| 124567 | 2017-05-01 13:35:59 | 37.7749 | -122.4194 | 0.00 | -1.00 | 10.0 |
| 124567 | 2017-05-01 13:36:09 | 37.7749 | -122.4194 | 0.44 | 72.07 | 10.0 |
| 124567 | 2017-05-01 13:36:19 | 37.7749 | -122.4193 | 1.09 | 241.17 | 17.8 |
| 124567 | 2017-05-01 13:36:29 | 37.7749 | -122.4194 | 1.37 | 36.91 | 30.0 |
| 124567 | 2017-05-01 13:36:34 | 37.7750 | -122.4194 | 0.43 | 18.98 | 10.0 |
| 124567 | 2017-05-01 13:36:49 | 37.7749 | -122.4192 | 0.23 | 40.08 | 10.0 |
| 124567 | 2017-05-01 13:36:59 | 37.7750 | -122.4192 | 0.22 | 215.86 | 10.0 |
| 124567 | 2017-05-01 13:37:09 | 37.7750 | -122.4193 | 0.00 | 285.47 | 10.0 |
| 124567 | 2017-05-01 13:37:19 | 37.7750 | -122.4193 | 0.54 | 108.28 | 10.0 |
| 124567 | 2017-05-01 13:37:29 | 37.7750 | -122.4193 | 0.23 | 336.45 | 10.0 |

https://tech.instacart.com/space-time-and-groceries-a315925acf3a

Every ~ 10 seconds, we collect the timestamp, latitude and longitude, speed, direction and accuracy reported by the device. The latitude and longitude are shown here rounded to 4 digits, but are collected to 6 digits in production. The speed is measured in miles per hour (this fictional shopper might be walking to their car). The direction is in degrees, and is -1 when a shopper is at a halt. The accuracy is in meters, and indicates the expected error of the measurement from the real position.

Over the course of a single day, we collect 10s of millions of these updates across the country.

https://tech.instacart.com/space-time-and-groceries-a315925acf3a

**Log information:** When you use the Instacart platform, our servers will record information that is sent by your device or browser. This information can include things related to your shopping services for Instacart (such as orders accepted, items found, and items replaced) as well as things like the IP address of your device, information about the browser, operating system and/or app you are using, unique device identifiers, pages that you navigate to and links that you click, searches that you run on Instacart, and other ways that you interact with the Instacart platform.

**Location information:** In connection with your use of the Instacart mobile app to provide shopping services, we will collect information about the location of your device when the app is running in the foreground or background.

**Community Affairs:** Instacart is active in local communities as part of our mission to create a world where everyone has access to the food they love and more time to enjoy it together. You may provide us your information in connection with our community affairs efforts.

https://shoppers.instacart.com/privacy-policy

## What we share

Disclosure of information to third parties. We may share your information with third parties under certain circumstances:

- With your consent or at your direction — We may share your information with entities outside of Instacart when we have your consent to do so or it is done at your direction.
- With customers — We may provide some of your information to customers in connection with your shopping and/or delivering an order. For example, we may display your first name and last initial to customers to show them who is shopping and/or delivering their order. We may also display your location to the customer when their order is in the delivery process.
- With our retail partners — We may share your information with our retail partners in order to provide and maintain the

https://shoppers.instacart.com/privacy-policy



https://i.redd.it/qr8cbblrh9921.jpg

| | |
|---|---|
| retrieve demographic information related to the identified set of the wireless mobile devices; | The accused product practices retrieving demographic information (e.g., the app can pull driver/shopper name, location, etc.) related to the identified set of the wireless mobile devices (e.g., drivers/shoppers with wireless mobile devices enabled with the accused product).  https://www.instacart.com/help/section/360007902851/360039162832 |

| | |
|---|---|
| retrieve historical information related to the identified set of the wireless mobile devices; | The accused product practices retrieving historical information (e.g., reviews, ratings, etc.) related to the identified set of the wireless mobile devices (e.g., shoppers with wireless mobile devices enabled with the accused product).<br><br><br><br>https://www.ridesharingdriver.com/instacart-ratings/ |

|  |  |
|---|---|
|  | ## The Instacart Rating System for Shoppers: Explained<br><br>Instacart customers are asked to rate their experience on a scale of 1 to 5 stars. A shopper's rating is the average of their last 100 rated orders. Customers are not required to leave ratings, so a non-rating order is not included in the overall average. Ratings are refreshed overnight each night.<br><br>**Batches are offered to shoppers according to ratings:** Instacart says, "*Shoppers are offered batches based on average customer star rating, starting with the highest rated shoppers.*" In other words, if you want the best batches, you have to have the best ratings. And in many markets, the best rating is a perfect 5 star average, or close to that. If you're not getting good batches, it might be due to your rating.<br><br>https://www.ridesharingdriver.com/instacart-ratings/ |
| identify a portion of the identified set of the wireless mobile devices based on at least one of the demographic information or the historical information, wherein the identified portion is associated with goods or services | The accused product practices identifying a portion of the identified set of the wireless mobile devices (e.g. drivers/shoppers with wireless mobile devices) based on at least one of the demographic information or the historical information (e.g. driver's name, location, reviews, ratings, etc.), wherein the identified portion is associated with goods or services (e.g. a delivery as a service) that are available proximate to the particular location at the specified time or specified time period.<br><br>As shown below, when a customer tries to order a grocery delivery, the accused product selects an available driver/shopper based on the availability, ratings, current location, current time, etc. |

that are available proximate to the particular location at the specified time or specified time period; and



## Help Center

### Tracking your delivery in progress

When it's time for delivery, you'll see a message in the Instacart app's order screen. (If you have notifications turned on, you'll get an alert as well.)

The delivery screen includes an estimated time of arrival and a map you can tap to follow the driver's progress.

Need to give your driver last-minute delivery instructions? Scroll to the bottom of the delivery screen and tap **Chat with shopper**. (For safety reasons, drivers might not reply while they're en route.)



https://www.instacart.com/help/section/360007902851/360039162832



https://www.ridesharingdriver.com/instacart-ratings/

## The Instacart Rating System for Shoppers: Explained

Instacart customers are asked to rate their experience on a scale of 1 to 5 stars. A shopper's rating is the average of their last 100 rated orders. Customers are not required to leave ratings, so a non-rating order is not included in the overall average. Ratings are refreshed overnight each night.

**Batches are offered to shoppers according to ratings:** Instacart says, "*Shoppers are offered batches based on average customer star rating, starting with the highest rated shoppers.*" In other words, if you want the best batches, you have to have the best ratings. And in many markets, the best rating is a perfect 5 star average, or close to that. If you're not getting good batches, it might be due to your rating.

https://www.ridesharingdriver.com/instacart-ratings/

Common questions

### How does Instacart delivery and curbside pickup work?

Instacart makes it easy to order from your favorite stores. Shop for items from stores near you, with a selection of more than 500 retailers and trusted local grocers across North America. Then, Instacart will connect you with a personal shopper in your area to shop and deliver your order. Contactless delivery is available with our "Leave at my door" option.

https://www.instacart.com/

**Log information:** When you use the Instacart platform, our servers will record information that is sent by your device or browser. This information can include things related to your shopping services for Instacart (such as orders accepted, items found, and items replaced) as well as things like the IP address of your device, information about the browser, operating system and/or app you are using, unique device identifiers, pages that you navigate to and links that you click, searches that you run on Instacart, and other ways that you interact with the Instacart platform.

**Location information:** In connection with your use of the Instacart mobile app to provide shopping services, we will collect information about the location of your device when the app is running in the foreground or background.

**Community Affairs:** Instacart is active in local communities as part of our mission to create a world where everyone has access to the food they love and more time to enjoy it together. You may provide us your information in connection with our community affairs efforts.

https://shoppers.instacart.com/privacy-policy

## What we share

Disclosure of information to third parties. We may share your information with third parties under certain circumstances:

- With your consent or at your direction — We may share your information with entities outside of Instacart when we have your consent to do so or it is done at your direction.
- With customers — We may provide some of your information to customers in connection with your shopping and/or delivering an order. For example, we may display your first name and last initial to customers to show them who is shopping and/or delivering their order. We may also display your location to the customer when their order is in the delivery process.
- With our retail partners — We may share your information with our retail partners in order to provide and maintain the

https://shoppers.instacart.com/privacy-policy



🥕 Help Center     🔍 Search

## Tracking your delivery in progress

When it's time for delivery, you'll see a message in the Instacart app's order screen. (If you have notifications turned on, you'll get an alert as well.)

The delivery screen includes an estimated time of arrival and a map you can tap to follow the driver's progress.

Need to give your driver last-minute delivery instructions? Scroll to the bottom of the delivery screen and tap **Chat with shopper**. (For safety reasons, drivers might not reply while they're en route.)

https://www.instacart.com/help/section/360007902851/360039162832

Every ~ 10 seconds, we collect the timestamp, latitude and longitude, speed, direction and accuracy reported by the device. The latitude and longitude are shown here rounded to 4 digits, but are collected to 6 digits in production. The speed is measured in miles per hour (this fictional shopper might be walking to their car). The direction is in degrees, and is -1 when a shopper is at a halt. The accuracy is in meters, and indicates the expected error of the measurement from the real position.

Over the course of a single day, we collect 10s of millions of these updates across the country.

https://tech.instacart.com/space-time-and-groceries-a315925acf3a



https://i.redd.it/qr8cbblrh9921.jpg

**2** Watch out for Instacart Shopper hot spots. Instacart designates areas of high shopper demand with red rectangular areas. There's also pink for areas of moderate demand, while greyish-white indicates normal (or weak) demand.

- Hot spots may either signify that there are orders at particular stores while in other Instacart regions hot spots signify much higher demand at one store than others.
- If the schedule is filled with two Shoppers, the first Shopper to have signed up for

https://www.wikihow.com/Use-Instacart%27s-Shopper-App

| | |
|---|---|
| determine a quantity of the goods or services to be made available to users associated with the identified portion of the identified set of the wireless mobile devices, so as to facilitate provision of the determined quantity of the goods or services at the particular location at the specified time or specified time period to the users. | The accused product practices determining a quantity of the goods or services (e.g. delivery distance, delivery expected time, etc.) to be made available to users (e.g., a customer having mobile enabled with the accused product) associated with the identified portion of the identified set of the wireless mobile devices (e.g. users that are associated with a driver, "your driver"), so as to facilitate provision of the determined quantity of the goods or services (e.g. a delivery with a particular distance and particular time) at the particular location at the specified time or specified time period to the users (e.g. delivery at a particular location at a particular time). |





🥕 Help Center          🔍 Search

## Tracking your delivery in progress

When it's time for delivery, you'll see a message in the Instacart app's order screen. (If you have notifications turned on, you'll get an alert as well.)

The delivery screen includes an estimated time of arrival and a map you can tap to follow the driver's progress.

Need to give your driver last-minute delivery instructions? Scroll to the bottom of the delivery screen and tap **Chat with shopper**. (For safety reasons, drivers might not reply while they're en route.)

**Delivery location**

https://www.instacart.com/help/section/360007902851/360039162832



https://play.google.com/store/apps/details?id=com.instacart.shopper&hl=en_IN&gl=US



https://play.google.com/store/apps/details?id=com.instacart.shopper&hl=en_IN&gl=US

# The Data

In order to optimize the assignment and routing of our shoppers, and to communicate effectively with our consumers, we collect a stream of GPS location data.

For example, these are what ten updates might look like for a fictional shopper:

| shopper_id | measured_at | latitude | longitude | speed | direction | accuracy |
|---|---|---|---|---|---|---|
| 124567 | 2017-05-01 13:35:59 | 37.7749 | -122.4194 | 0.00 | -1.00 | 10.0 |
| 124567 | 2017-05-01 13:36:09 | 37.7749 | -122.4194 | 0.44 | 72.07 | 10.0 |
| 124567 | 2017-05-01 13:36:19 | 37.7749 | -122.4193 | 1.09 | 241.17 | 17.8 |
| 124567 | 2017-05-01 13:36:29 | 37.7749 | -122.4194 | 1.37 | 36.91 | 30.0 |
| 124567 | 2017-05-01 13:36:34 | 37.7750 | -122.4194 | 0.43 | 18.98 | 10.0 |
| 124567 | 2017-05-01 13:36:49 | 37.7749 | -122.4192 | 0.23 | 40.08 | 10.0 |
| 124567 | 2017-05-01 13:36:59 | 37.7750 | -122.4192 | 0.22 | 215.86 | 10.0 |
| 124567 | 2017-05-01 13:37:09 | 37.7750 | -122.4193 | 0.00 | 285.47 | 10.0 |
| 124567 | 2017-05-01 13:37:19 | 37.7750 | -122.4193 | 0.54 | 108.28 | 10.0 |
| 124567 | 2017-05-01 13:37:29 | 37.7750 | -122.4193 | 0.23 | 336.45 | 10.0 |

https://tech.instacart.com/space-time-and-groceries-a315925acf3a

Every ~ 10 seconds, we collect the timestamp, latitude and longitude, speed, direction and accuracy reported by the device. The latitude and longitude are shown here rounded to 4 digits, but are collected to 6 digits in production. The speed is measured in miles per hour (this fictional shopper might be walking to their car). The direction is in degrees, and is -1 when a shopper is at a halt. The accuracy is in meters, and indicates the expected error of the measurement from the real position.

Over the course of a single day, we collect 10s of millions of these updates across the country.

https://tech.instacart.com/space-time-and-groceries-a315925acf3a